# Exhibit A

*/ - 12 - 17*



The Law Offices of
# ROBERT S. GITMEID & ASSOC., PLLC

December 19, 2016                                          DS-270046

Bobby Griffin
4118 59th Place
Meridian, MS 39307

Dear Mr. Griffin,

Per your request, below you will find your list of creditors and your current creditor payments and fees.

### *List of Creditors*

| Creditor Name | Account No | Original Balance | Status |
|---|---|---|---|
| TRUST MARK NATIONAL | ●●●●●●●●●●●5011 | $14,317.00 | Active Settlement/Payment Plan |
| CAP ONE | ●●●●●●●●●●1884 | $12,409.00 | Active Settlement/Payment Plan |
| DISCOVER FIN SVCS LLC | ●●●●●●●●●●8577 | $9,886.00 | Active Settlement/Payment Plan |
| CHASE | ●●●●●●●●●●5933 | $8,899.00 | Actively Working |
| CHASE | ●●●●●●●●●●6850 | $8,596.00 | Settled/Completed |
| BK OF AMER | ●●●●●●●●●●2322 | $8,008.00 | Settled/Completed |
| Chase | ●●●●●●●●●●7118 | $6,931.00 | Actively Working |
| CAP ONE | ●●●●●●●●●●8836 | $4,558.00 | Actively Working |

### *Current Creditor Payments & Fees*

| Payment Date | Bank Fee | Pro Se Answer Fee | Negotiation Fees | Creditor Payment | Creditor Name | Status |
|---|---|---|---|---|---|---|
| 5/20/2015 | $1.50 | $0.00 | $0.00 | $1,025.00 | BK OF AMER(2322) | Cleared |
| 5/20/2015 | | $0.00 | $1,681.68 | | BK OF AMER(2322) | Cleared |
| 6/29/2015 | $1.50 | $0.00 | $0.00 | $1,025.00 | BK OF AMER(2322) | Cleared |
| 7/21/2015 | $1.50 | $0.00 | $0.00 | $1,025.00 | BK OF AMER(2322) | Cleared |
| 7/22/2015 | $0.00 | $0.00 | $0.00 | $20.49 | CAP ONE(1884) | Cleared |
| 7/22/2015 | | $0.00 | $2,422.02 | | CAP ONE(1884) | Cleared |
| 7/30/2015 | | $0.00 | $72.41 | | CAP ONE(1884) | Cleared |
| 8/11/2015 | | $200.00 | $0.00 | | TRUST MARK NATIONAL(5011) | Cleared |
| 8/21/2015 | $1.50 | $0.00 | $0.00 | $1,025.00 | BK OF AMER(2322) | Cleared |
| 8/25/2015 | | $0.00 | $0.00 | | | Cleared |
| 8/31/2015 | | $0.00 | $111.46 | | CAP ONE(1884) | Cleared |
| 9/11/2015 | $0.00 | $0.00 | $0.00 | $304.00 | CAP ONE(1884) | Cleared |
| 10/13/2015 | $0.00 | $0.00 | $0.00 | $304.00 | CAP ONE(1884) | Cleared |
| 10/21/2015 | $1.50 | $0.00 | $0.00 | $365.00 | TRUST MARK NATIONAL(5011) | Cleared |
| 10/21/2015 | | $0.00 | $908.86 | | TRUST MARK NATIONAL(5011) | Cleared |
| 10/29/2015 | | $0.00 | $418.56 | | TRUST MARK NATIONAL(5011) | Cleared |
| 11/13/2015 | $0.00 | $0.00 | $0.00 | $304.00 | CAP ONE(1884) | Cleared |
| 11/21/2015 | $1.50 | $0.00 | $0.00 | $365.00 | TRUST MARK NATIONAL(5011) | Cleared |

11 Broadway • New York • NY 10004
866-707-4595 • Fax 866-460-5541